UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christine S.,<br><br>Plaintiff,<br><br>v.<br><br>Michelle King,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 8:24-cv-00790-GJS<br><br>**ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |

    Based upon the Joint Motion for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), The Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $7,500.00.

    **IT IS SO ORDERED**.

DATED: January 30, 2025

HON. GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

1

8:24-cv-00790-GJS